# Exhibit 1

1. ISSUE DATE: (MM/DD/YYYY)
7/20/2022

2a. FTCA DEEMING NOTICE NO.:
1-F00000948-22-01

2b. Supersedes: [ ]

3. COVERAGE PERIOD:
From: 1/1/2023  Through: 12/31/2023

4. NOTICE TYPE:
Renewal

5. ENTITY NAME AND ADDRESS:
DELAWARE VALLEY COMMUNITY HEALTH, INC
1412 FAIRMOUNT AVE # 20
PHILADELPHIA, PA 19130

6. ENTITY TYPE:
Grantee

7. EXECUTIVE DIRECTOR:
A. Scott McNeal, DO

8a. GRANTEE ORGANIZATION:
DELAWARE VALLEY COMMUNITY HEALTH, INC

8b. GRANT NUMBER:
H80CS00833

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH RESOURCES AND SERVICES ADMINISTRATION



NOTICE OF DEEMING ACTION
FEDERAL TORT CLAIMS ACT AUTHORIZATION:
Federally Supported Health Centers Assistance Act(FSHCAA), as amended,
Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n)

9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The authorizing program legislation cited above.
b. The program regulation cited above, and,
c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

10. Remarks:


The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Tonya Bowers, Deputy Associate Administrator for Primary Health Care on: 7/20/2022 1:46:37 PM*

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

FTCA DEEMING NOTICE NO.:  
1-F00000948-22-01

GRANT NUMBER:  
H80CS00833



DELAWARE VALLEY COMMUNITY HEALTH, INC  
1412 FAIRMOUNT AVE # 20  
PHILADELPHIA, PA19130

Dear A. Scott McNeal, DO:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems DELAWARE VALLEY COMMUNITY HEALTH, INC to be an employee of the PHS, for the purposes of section 224, effective 1/1/2023 through 12/31/2023.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both DELAWARE VALLEY COMMUNITY HEALTH, INC and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information regarding FTCA, please contact the Health Center Program Support (Formally the BPHC Helpline) at 877-464-4772, option 1, or using the BPHC Contact Form.

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

| | |
|---|---|
| **1. ISSUE DATE: (MM/DD/YYYY)** <br> 8/17/2023 | |
| **2a. FTCA DEEMING NOTICE NO.:** <br> 1-F00000948-23-01 | |
| **2b. Supersedes:** [ ] | |
| **3. COVERAGE PERIOD:** <br> From: 1/1/2024 Through: 12/31/2024 | DEPARTMENT OF HEALTH AND HUMAN SERVICES <br> HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| **4. NOTICE TYPE:** <br> Renewal | **HRSA** |
| **5. ENTITY NAME AND ADDRESS:** <br> DELAWARE VALLEY COMMUNITY HEALTH, INC <br> 1412 FAIRMOUNT AVE # 20 <br> PHILADELPHIA, PA 19130 | **NOTICE OF DEEMING ACTION** <br> **FEDERAL TORT CLAIMS ACT AUTHORIZATION:** <br> Federally Supported Health Centers Assistance Act(FSHCAA), as amended, <br> Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| **6. ENTITY TYPE:** <br> Grantee | |
| **7. EXECUTIVE DIRECTOR:** <br> A. Scott McNeal, DO | |
| **8a. GRANTEE ORGANIZATION:** <br> DELAWARE VALLEY COMMUNITY HEALTH, INC | |
| **8b. GRANT NUMBER:** <br> H80CS00833 | |

**9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a. The authorizing program legislation cited above.
b. The program regulation cited above, and,
c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

**10. Remarks:**

The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Tonya Bowers, Deputy Associate Administrator for Primary Health Care on: 8/17/2023 12:46:26 PM*

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

| FTCA DEEMING NOTICE NO.: | GRANT NUMBER: |  |
|---|---|---|
| 1-F00000948-23-01 | H80CS00833 | |

DELAWARE VALLEY COMMUNITY HEALTH, INC
1412 FAIRMOUNT AVE # 20
PHILADELPHIA, PA19130

Dear A. Scott McNeal, DO:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems DELAWARE VALLEY COMMUNITY HEALTH, INC to be an employee of the PHS, for the purposes of section 224, effective 1/1/2024 through 12/31/2024.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both DELAWARE VALLEY COMMUNITY HEALTH, INC and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information regarding FTCA, please contact the Health Center Program Support (Formally the BPHC Helpline) at 877-464-4772, option 1, or using the BPHC Contact Form.

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

Docusign Envelope ID: 1779CDA4-9E1B-4F69-BA9F-E2E848614C8D

# Delaware Valley Community Health, Inc.



Administrative Offices
1412 Fairmount Avenue, 2nd Floor • Philadelphia, PA 19130 • Phone: 215-684-5344 • Fax: 215-232-4093
www.DVCH.org

August 21, 2025

Jasmine Talford, Paralegal Specialist, Torts Section
U.S. Department of Health and Human Services
Office of General Counsel
General Law Division/Claims and Employment Law Branch
Switzer Building Suite 2100
330 C Street, SW
Washington, DC 20201

**RE:** Karina Deschamps and Hermes Ernesto de Leon Selpulveda vs. Nishanth Sidduri MD, and Delaware Valley Community Health Inc., Claim No. 25-10369 and No. 25-10371

Dear Ms. Talford,

Please be advised that Nishanth Sidduri, M.D. has been an employee of Delaware Valley Community Health Inc. since September 19, 2019.

If you need any additional information, please e-mail us at roblesb@dvch.org ortizg@dvch.org. and colonn@dvch.org

Sincerely,

Brenda Robles Cooke
VP and COO




# Delaware Valley Community Health, Inc.

Administrative Offices
1412 Fairmount Avenue, 2nd Floor • Philadelphia, PA 19130 • Phone: 215-684-5344 • Fax: 215-232-4093
www.DVCH.org

## Declaration of Dr. Nishanth Sidduri, MD

1. I, Dr. Nishanth Sidduri, MD am a licensed Physician to practice in the state of Pennsylvania.

2. I have been employed by Delaware Valley Community Health, Inc. since September 19, 2019.

3. I have not billed privately for the services provided to Karina Deschamps.

4. I have not received monetary compensation for the services provided to Karina Deschamps, from any third-party payers, including Medicaid, nor any other source, other than the regular compensation I have received from Delaware Valley Community Health, Inc.

5. I have not been employed by any other health center's facility and/or private medical, other than Delaware Valley Community Health, Inc. during the time alleged in the complaint.

I declare under the penalty of perjury that the foregoing is true and correct.

Date this August 21, 2025.

_____
Nishanth Sidduri, MD

1/21/25, 3:17 PM                                          Home - Dayforce

|  | Federal Box 1 | Soc. Sec. Box 3 & 7 | Medicare Box 5 |
|---|---|---|---|
| Gross Wages | 283987.69 | 283987.69 | 283987.69 |
| Txbl Benefits |  |  |  |
| Group Term Life | 144.00 | 144.00 | 144.00 |
| Adoption |  |  |  |
| Deferred Comp |  |  |  |
| Section 125 | (1958.05) | (1958.05) | (1958.05) |
| Other Pretax/Wage Limit |  | (121973.64) |  |
| W-2 Wages | 282173.64 | 160200.00 | 282173.64 |

To the right is information which shows your total wages by W-2 box and the amount of any deferred compensation and/or other pretax deductions that were subtracted from total wages to arrive at your W-2 wages.

General instructions for these forms, including an explanation of the letter codes used in box 12, are available on a separate document.

---

### W-2 Copy C — For EMPLOYEE'S RECORDS (2023)

- a Employee's social security number: [redacted]
- b Employer identification number (EIN): 23-2077750
- d Control number: 000012385601
- OMB No. 1545-0008
- c Employer's name, address, and ZIP code: Delaware Valley Community Health Inc., 1412-22 Fairmount Avenue, Philadelphia PA 19130
- e Employee's first name and initial: Nishanth
- Last name: Sidduri
- USA

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 282173.64 |
| 2 | Federal income tax withheld | 63749.22 |
| 3 | Social security wages | 160200.00 |
| 4 | Social security tax withheld | 9932.40 |
| 5 | Medicare wages and tips | 282173.64 |
| 6 | Medicare tax withheld | 4831.08 |
| 7 | Social security tips |  |
| 8 | Allocated tips |  |
| 10 | Dependent care benefits |  |
| 11 | Nonqualified plans |  |
| 12a Code C |  | 144.00 |
| 12b Code DD |  | 10012.98 |
| 13 | Retirement plan | X |

| 15 State | Employer's state ID Number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| PA | 13203153 232077750 | 282029.64 | 8658.33 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 284131.69 | 10720.94 | Res – PhilCityW/H |

| 14 Other |  |
|---|---|
| PA UI | 198.79 |

Form W-2 Wage and Tax Statement — 2023
Department of the Treasury—Internal Revenue Service

### W-2 Copy B — To Be Filed With Employee's FEDERAL Tax Return (2023)

- a Employee's social security number: [redacted]
- b Employer identification number (EIN): 23-2077750
- d Control number: 000012385601
- OMB No. 1545-0008
- c Employer's name, address, and ZIP code: Delaware Valley Community Health Inc., 1412-22 Fairmount Avenue, Philadelphia PA 19130
- e Employee's first name and initial: Nishanth
- Last name: Sidduri
- USA

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 282173.64 |
| 2 | Federal income tax withheld | 63749.22 |
| 3 | Social security wages | 160200.00 |
| 4 | Social security tax withheld | 9932.40 |
| 5 | Medicare wages and tips | 282173.64 |
| 6 | Medicare tax withheld | 4831.08 |
| 12a Code C |  | 144.00 |
| 12b Code DD |  | 10012.98 |
| 13 | Retirement plan | X |

| 15 State | Employer's state ID Number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| PA | 13203153 232077750 | 282029.64 | 8658.33 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 284131.69 | 10720.94 | Res – PhilCityW/H |

| 14 Other |  |
|---|---|
| PA UI | 198.79 |

Form W-2 Wage and Tax Statement — 2023
Department of the Treasury - Internal Revenue Service

---

### W-2 Copy 2 — To Be Filed With Employee's State, City, or local Income Tax Return (2023)

- a Employee's social security number: [redacted]
- b Employer identification number (EIN): 23-2077750
- d Control number: 000012385601
- OMB No. 1545-0008
- c Employer's name, address, and ZIP code: Delaware Valley Community Health Inc., 1412-22 Fairmount Avenue, Philadelphia PA 19130
- e Employee's first name and initial: Nishanth
- Last name: Sidduri
- USA

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 282173.64 |
| 2 | Federal income tax withheld | 63749.22 |
| 3 | Social security wages | 160200.00 |
| 4 | Social security tax withheld | 9932.40 |
| 5 | Medicare wages and tips | 282173.64 |
| 6 | Medicare tax withheld | 4831.08 |
| 12a Code C |  | 144.00 |
| 12b Code DD |  | 10012.98 |
| 13 | Retirement plan | X |

| 15 State | Employer's state ID Number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| PA | 13203153 232077750 | 282029.64 | 8658.33 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 284131.69 | 10720.94 | Res – PhilCityW/H |

| 14 Other |  |
|---|---|
| PA UI | 198.79 |

Form W-2 Wage and Tax Statement — 2023
Department of the Treasury - Internal Revenue Service

## Copy B - For Employee's Federal Income Tax Return — 2024 — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 292757.05 | 2 Federal income tax withheld 62975.09 |
|---|---|---|
| b Employer ID number 23-2077750 | 3 Social security wages 168600.00 | 4 Social security tax withheld 10453.21 |
|  | 5 Medicare wages and tips 296909.39 | 6 Medicare tax withheld 5177.37 |

c Employer's name, address, and ZIP code
Delaware Valley Community Health
1412 Fairmount Ave
Philadelphia, PA 19130

d Control number
1949651296

e Employee's name, address, and ZIP code
Nishanth Sidduri

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | |

| 12a | AA | 16609.65 | 13 Statutory employee  Retirement plan X  3rd-party sick pay |
| 12b | C | 162.00 | 14 Other  PASUI-E 210.34 |
| 12c | D | 4152.34 | |
| 12d | DD | 8823.48 | |

| 15 State Employer's State ID# N/A | 16 State wages, tips, etc. N/A | 17 State income tax N/A |
|---|---|---|
| 18 Local wages, tips, etc. N/A | 19 Local income tax N/A | 20 Locality name N/A |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service

---

## Copy 2 - For Employee's State Income Tax Return [PA] — 2024 — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 292757.05 | 2 Federal income tax withheld 62975.09 |
|---|---|---|
| b Employer ID number 23-2077750 | 3 Social security wages 168600.00 | 4 Social security tax withheld 10453.21 |
|  | 5 Medicare wages and tips 296909.39 | 6 Medicare tax withheld 5177.37 |

c Employer's name, address, and ZIP code
Delaware Valley Community Health
1412 Fairmount Ave
Philadelphia, PA 19130

d Control number
1949651296

e Employee's name, address, and ZIP code
Nishanth Sidduri

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | |

| 12a | AA | 16609.65 | 13 Statutory employee  Retirement plan X  3rd-party sick pay |
| 12b | C | 162.00 | 14 Other  PASUI-E 210.34 |
| 12c | D | 4152.34 | |
| 12d | DD | 8823.48 | |

| 15 State Employer's State ID# PA 13203153 | 16 State wages, tips, etc. 296747.39 | 17 State income tax 9110.08 |
|---|---|---|
| 18 Local wages, tips, etc. N/A | 19 Local income tax N/A | 20 Locality name N/A |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS

---

## Copy 2 - For Employee's City or Local Income Tax Return [Philadelphia C. (Philadelphia)(Philadelphia S.D.)] — 2024 — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 292757.05 | 2 Federal income tax withheld 62975.09 |
|---|---|---|
| b Employer ID number 23-2077750 | 3 Social security wages 168600.00 | 4 Social security tax withheld 10453.21 |
|  | 5 Medicare wages and tips 296909.39 | 6 Medicare tax withheld 5177.37 |

c Employer's name, address, and ZIP code
Delaware Valley Community Health
1412 Fairmount Ave
Philadelphia, PA 19130

d Control number
1949651296

e Employee's name, address, and ZIP code
Nishanth Sidduri

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | |

| 12a | AA | 16609.65 | 13 Statutory employee  Retirement plan X  3rd-party sick pay |
| 12b | C | 162.00 | 14 Other  PASUI-E 210.34 |
| 12c | D | 4152.34 | |
| 12d | DD | 8823.48 | |

| 15 State Employer's State ID# PA 13203153 | 16 State wages, tips, etc. 296747.39 | 17 State income tax 9110.08 |
|---|---|---|
| 18 Local wages, tips, etc. 300636.54 | 19 Local income tax 11273.86 | 20 Locality name Philadelphia C. |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.